UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEIFER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SLT LENDING SPV, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-04790-AGT<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER VENUE**<br><br>Re: Dkt. No. 11 |

　　　　Defendant's unopposed motion to transfer venue to the United States District Court for the Northern District of Indiana is granted. Dkt. 11; *see also* Dkt. 16. The Clerk of the Court is directed to transfer and close the case accordingly.

　　　　**IT IS SO ORDERED.**

Dated: November 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge